UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix<br>U.S. Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 07-cr-00381-REB | FTR KLM PM |
| November 8, 2007 | |
| UNITED STATES OF AMERICA | Kurt Bohn |
| v. | |
| ALVARO GIOVANNI ORELLANA-RODRIGUEZ | Michael Dowling |

### STATUS AND MOTION HEARING

Court in session: 2:06pm

Court calls case and appearances of counsel.

Government addresses the court regarding status of the case.

Government is asking to re-establish the 70 day speedy trial date, due to the change of counsel.

Defense does not object to re-establishing the date.

Court sets 70 day speedy trial date of 1/18/2008.

Government and defense counsel agree.

Defense addresses the court regarding the motion for a facility change.

Court does not have the authority to direct the United States Marshal in regard to a facility for the defendant, however the court has advised the United States Marshal of the defendant's concern.

**ORDERED:** Motion [11] ; finding as moot.

Counsel to chambers for further scheduling.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 2:12 pm

Total Time: 06 minutes

Hearing concluded.